UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.V., minor under the age of 14 years by his mother and natural guardian, WENDY BUTTEN, and WENDY BUTTEN, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>GO AHEAD AND JUMP 1 LLC, GO AHEAD AND JUMP 2 LLC, GO AHEAD AND JUMP 3 LLC and MIGHT AS WELL JUMP LLC d/b/a SKY ZONE INDOOR TRAMPOLINE PARK and SKY ZONE PINE BROOK, SKY ZONE LLC, RPSZ CONSTRUCTION LLC, AND SKY ZONE FRANCHISE GROUP LLC,<br><br>Defendants. | Civil Action No.: 1:17-cv-3326<br><br>New York Supreme Court Index No. 523277/2016<br><br>**AFFIRMATION OF SERVICE** |

I, Robert W. Hellner, Esq., declare under penalty of perjury that I have served a copy of the attached Notice of Motion, Affirmation of Robert W. Hellner, Esq., and Brief upon Counsel for Plaintiff by mailing and emailing them to the address below:

Joshua Gropper, Esq.
Gropper Law Group, PLLC
171 Madison Avenue – Suite 1002
New York, New York 10016

Dated: New York, New York
June 2, 2017

By: *Robert Hellner /SGJ*

Robert W. Hellner, Esq.
WOOD SMITH HENNING & BERMAN LLP
685 Third Avenue, 18th Floor
New York, New York 10017
Tel. No.: 973-265-9901
Fax No.: 973-265-9925
Our File No.: 10407-0081
Attorneys for Defendants, GO AHEAD AND JUMP 1 LLC, GO AHEAD AND JUMP 2 LLC, GO AHEAD AND JUMP 3 LLC and MIGHT AS WELL JUMP LLC d/b/a SKY ZONE INDOOR TRAMPOLINE PARK and SKY ZONE PINE

BROOK, SKY ZONE LLC, RPSZ
CONSTRUCTION LLC, and SKY ZONE
FRANCHISE GROUP LLC