## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 523277/2016  
STATE OF NEW YORK  SUPREME COURT  KINGS COUNTY  
Purchased/Filed: December 30, 2016

*R.V., a minor under the age of 14 years by his mother and natural guardian, Wendy Butten, and Wendy Butten, Individually*  Plaintiff

against

*Go Ahead and Jump 1 LLC, et al.*  Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY   SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____January 9, 2017____, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Notice of Commencement of Action Subject to Mandatory Electronic Filing with Summons and Verified Complaint on

_____Go Ahead and Jump 1 LLC_____, the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __1__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __304 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __55__  Approx. Wt: __125lbs__  Approx. Ht: __5'1__  
Color of skin: __White__  Hair color: __Red/Blonde__  Sex: __Female__  Other: _____

Sworn to before me on this  
__9th__ day of __January, 2017__

SCOTT SCHUSTER  
NOTARY PUBLIC, State of New York  
NO. 01SC6308636, Albany County  
Commission Expires July 28, 2018

James Perone  
**Attny's File No.**  
Invoice•Work Order # SP1617765

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*

1 of 1

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 523277/2016                                         Purchased/Filed: December 30, 2016

STATE OF NEW YORK              SUPREME COURT                 KINGS COUNTY

*R.V., a minor under the age of 14 years by his mother and natural guardian, Wendy Butten, and Wendy Butten, Individually*     Plaintiff

against

*Go Ahead and Jump 1 LLC, et al.*     Defendant

STATE OF NEW YORK     SS.:
COUNTY OF ALBANY

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____January 9, 2017_____, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Notice of Commencement of Action Subject to Mandatory Electronic Filing with Summons and Verified Complaint     on

_____Go Ahead and Jump 2 LLC_____, the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __1__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __304 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __55__  Approx. Wt: __125lbs__  Approx. Ht: __5'1__
Color of skin: __White__  Hair color: __Red/Blonde__  Sex: __Female__  Other: _____

Sworn to before me on this

__9th__ day of _____January, 2017_____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
Attny's File No.
Invoice•Work Order # SP1617766

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*

1 of 1

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 523277/2016 Purchased/Filed: December 30, 2016

STATE OF NEW YORK SUPREME COURT KINGS COUNTY

*R.V., a minor under the age of 14 years by his mother and natural guardian, Wendy Butten, and Wendy Butten, Individually* — Plaintiff

against

*Go Ahead and Jump 1 LLC, et al.* — Defendant

STATE OF NEW YORK
COUNTY OF ALBANY SS.:

James Perone, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on January 9, 2017, at 11:45am, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Notice of Commencement of Action Subject to Mandatory Electronic Filing with Summons and Verified Complaint on

Go Ahead and Jump 3 LLC, the Defendant in this action, by delivering to and leaving with Sue Zouky, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 1 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40 dollars; That said service was made pursuant to Section 304 Limited Liability Company Law .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: 55   Approx. Wt: 125lbs   Approx. Ht: 5'1
Color of skin: White   Hair color: Red/Blonde   Sex: Female   Other: .

Sworn to before me on this
9th day of January, 2017

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
**Attny's File No.**
Invoice·Work Order # SP1617767

*Servico. Inc. - PO Box 871 - Albany. New York 12201 - Ph 518-463-4179*

1 of 1

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 523277/2016     Purchased/Filed: December 30, 2016

STATE OF NEW YORK     SUPREME COURT     KINGS COUNTY

---

*R.V., a minor under the age of 14 years by his mother and natural guardian, Wendy Butten, and Wendy Butten, Individually*     Plaintiff

against

*Go Ahead and Jump 1 LLC, et al.*     Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ January 9, 2017 _____, at __ 11:45am __, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Notice of Commencement of Action Subject to Mandatory Electronic Filing with Summons and Verified Complaint     on

_____ Might As Well Jump LLC _____, the Defendant in this action, by delivering to and leaving with _____ Sue Zouky _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __ 1 __ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __ 40 __ dollars; That said service was made pursuant to Section __ 304 Limited Liability Company Law __.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __ 55 __ Approx. Wt: __ 125lbs __ Approx. Ht: __ 5'1 __
Color of skin: __ White __ Hair color: __ Red/Blonde __ Sex: __ Female __ Other: _____

Sworn to before me on this

__9th__ day of _____ January, 2017 _____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
**Attny's File No.**
Invoice·Work Order # SP1617768

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 523277/2016  
STATE OF NEW YORK    SUPREME COURT    KINGS COUNTY  
Purchased/Filed: December 30, 2016

*R.V., a minor under the age of 14 years by his mother and natural guardian, Wendy Butten, and Wendy Butten, Individually*    Plaintiff

against

*Go Ahead and Jump 1 LLC, et al.*    Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____January 9, 2017____, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Notice of Commencement of Action Subject to Mandatory Electronic Filing with Summons and Verified Complaint on

_____Sky Zone LLC_____, the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __1__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __304 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __55__    Approx. Wt: __125lbs__    Approx. Ht: __5'1__  
Color of skin: __White__    Hair color: __Red/Blonde__    Sex: __Female__    Other: _____

Sworn to before me on this  
__9th__ day of __January, 2017__

SCOTT SCHUSTER  
NOTARY PUBLIC, State of New York  
NO. 01SC6308636, Albany County  
Commission Expires July 28, 2018

James Perone  
**Attny's File No.**  
Invoice•Work Order # SP1617769

SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 523277/2016

Purchased/Filed: December 30, 2016

STATE OF NEW YORK     SUPREME COURT     KINGS COUNTY

*R.V., a minor under the age of 14 years by his mother and natural guardian, Wendy Butten, and Wendy Butten, Individually*     Plaintiff

against

*Go Ahead and Jump 1 LLC, et al.*     Defendant

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

___James Perone___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___January 9, 2017___, at ___11:45am___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Notice of Commencement of Action Subject to Mandatory Electronic Filing with Summons and Verified Complaint on

___RPSZ Construction LLC___, the Defendant in this action, by delivering to and leaving with ___Sue Zouky___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___1___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___304 Limited Liability Company Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___55___ Approx. Wt: ___125lbs___ Approx. Ht: ___5'1___
Color of skin: ___White___ Hair color: ___Red/Blonde___ Sex: ___Female___ Other: _____

Sworn to before me on this
___9th___ day of ___January, 2017___

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
**Attny's File No.**
Invoice·Work Order # SP1617770

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 523277/2016 　　　　　　　　　　　　　　　　　Purchased/Filed: December 30, 2016

STATE OF NEW YORK 　　　　　SUPREME COURT 　　　　　KINGS COUNTY

*R.V., a minor under the age of 14 years by his mother and natural guardian, Wendy Butten, and Wendy Butten, Individually* 　　　Plaintiff

against

*Go Ahead and Jump 1 LLC, et al.* 　　　Defendant

STATE OF NEW YORK
COUNTY OF ALBANY 　　SS.:

__James Perone__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __January 9, 2017__, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

__Notice of Commencement of Action Subject to Mandatory Electronic Filing with Summons and Verified Complaint__ on

__Sky Zone Franchise Group LLC__, the Defendant in this action, by delivering to and leaving with __Sue Zouky__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __1__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __304 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __55__　Approx. Wt: __125lbs__　Approx. Ht: __5'1__
Color of skin: __White__　Hair color: __Red/Blonde__　Sex: __Female__　Other: _____

Sworn to before me on this
__9th__ day of __January, 2017__

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
**Attny's File No.**
Invoice·Work Order # SP1617771

*SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179*