UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| R.V., minor under the age of 14 years by his mother and natural guardian, WENDY BUTTEN, and WENDY BUTTEN, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> GO AHEAD AND JUMP 1 LLC, GO AHEAD AND JUMP 2 LLC, GO AHEAD AND JUMP 3 LLC and MIGHT AS WELL JUMP LLC d/b/a SKY ZONE INDOOR TRAMPOLINE PARK and SKY ZONE PINE BROOK, SKY ZONE LLC, RPSZ CONSTRUCTION LLC, AND SKY ZONE FRANCHISE GROUP LLC, <br><br> Defendants. | Civil Action No.: 1:17-cv-3326-WFK-RLM <br><br><br> **CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned, as counsel of record for Defendants GO AHEAD AND JUMP 1 LLC, GO AHEAD AND JUMP 2 LLC, GO AHEAD AND JUMP 3 LLC and MIGHT AS WELL JUMP LLC d/b/a SKY ZONE INDOOR TRAMPOLINE PARK and SKY ZONE PINE BROOK, SKY ZONE LLC, RPSZ CONSTRUCTION LLC, and SKY ZONE FRANCHISE GROUP LLC (hereinafter collectively referred to as "Defendants") certifies that there is no publicly held corporation owning 10% or more of the stock of any of Defendants.

By:    _Robert Hellner / SGJ_

Robert W. Hellner, Esq.
WOOD SMITH HENNING & BERMAN LLP
685 Third Avenue, 18th Floor
New York, New York 10017
Tel. No.:  973-265-9901
Fax No.:  973-265-9925
Our File No.:  05685-0310
Attorneys for Defendants, GO AHEAD AND
JUMP 1 LLC, GO AHEAD AND JUMP 2 LLC,
GO AHEAD AND JUMP 3 LLC and MIGHT AS
WELL JUMP LLC d/b/a SKY ZONE INDOOR
TRAMPOLINE PARK and SKY ZONE PINE
BROOK, SKY ZONE LLC, RPSZ
CONSTRUCTION LLC, and SKY ZONE
FRANCHISE GROUP LLC

Dated: July 14, 2017